```
                    FILED
                    17 SEP -7 PM 4:48
                    CLERK U.S. DISTRICT COURT
                    SOUTHERN DISTRICT OF CALIFORNIA

                    BY_____ DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR AN ORDER AUTHORIZING THE DISCLOSURE OF SUBSCRIBER AND OTHER INFORMATION<br><br>IN RE: (619) 372-3367 | No. '17 MC1237<br><br>ORDER FOR SUBSCRIBER AND OTHER INFORMATION |

This matter having come before the Court upon application of the United States Attorney by Adriana E. Ahumada, Assistant U.S. Attorney, acting pursuant to Title 18, United States Code, Sections 2703(c) and (d) for an Order directing the disclosure of subscriber and other information pertaining to cellular telephone number (619) 372-3367 (the **"subject telephone"**).

The Court finds as follows:

1. The applicant has set forth specific and articulable facts showing that there are reasonable grounds to believe that the records and information sought are relevant and material to a criminal investigation being conducted by the Department of Homeland Security, United States Border Patrol regarding possible violations of Title 8, U.S.C. Sect. 1324 by the subscriber or other users of the **subject telephone** for which service is provided by Sprint Corporation (the "service provider").

Accordingly, IT IS ORDERED that:

1. The service provider shall disclose to the Department of Homeland Security published and non-published subscriber information for the **subject telephone**, to include: subscriber name; address; local and

long distance connection records; length of service (including start date) and types of service utilized; telephone or instrument number or other subscriber number or identity; and means and source of payment for such service (including any credit card or bank account number);

2. The service provider shall disclose to the Department of Homeland Security cell site and cell sector activations, including (Range to Tower ("RTT") Per-Call Measurement Data ("PCMD") and Internet Protocol ("IP") address and source port log-in records by the **subject telephone** during the period from August 1, 2016 to and including August 7, 2017;

3. The service provider shall disclose all local and long distance telephone connection records for the **subject telephone**, to include connection records of all completed or attempted voice, data, and text message/SMS/MMS communications during the period from August 1, 2016 to and including August 7, 2017 including records of session times and durations; and

//
//
//
//
//
//
//
//
//
//
//
//

4. Along with the requested records, the service provider shall provide a certification pursuant to Federal Rules of Evidence 803(6) and 902(11) and 28 U.S.C. § 1746 from a records custodian, or other person with knowledge of such information, attesting to the authenticity of the produced records and certifying, to the extent true, that the records produced along with the certification were (1) made at or near the time of the occurrence of the matters set forth in the records, by, or from information transmitted by, a person with knowledge of those matters; (2) were kept in the course of regularly conducted business activity; and (3) were made by the regularly conducted business activity as a regular practice.

DATED: September 6, 2017.

_____
HONORABLE BARBARA L. MAJOR
UNITED STATES MAGISTRATE JUDGE